468 A.2d 836

Commonwealth v. Guy, Jr., Appellant.

Argued May 24, 1983.  Carmela R.M. Presogna, Assistant Public Defender, for appellant;  Timothy J. Lucas, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

468 A.2d 836

Commonwealth v. Henderson, Appellant.

Submitted April 20, 1983.  Elaine DeMasse, Assistant Public Defender;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.